UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BILLY JAY RANDOLPH #449261,

    Plaintiff,

v.                                         3:11-cv-453

PAUL WHITE,

    Defendant.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                         s/ Thomas W. Phillips
                                                       United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT